IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-12-1H2

UNITED STATES OF AMERICA :
: **JUDGMENT**
v. :
:
NABIL NAFIZ MUSTAFA :

Pursuant to the Preliminary Order of Forfeiture entered by the Court on April 8, 2011, judgment is hereby entered against defendant, NABIL NAFIZ MUSTAFA, in the amount of $2,463,529.80. Post-judgment interest shall accrue at the rate of .27%.

This 13th day of April, 2011.

DENNIS P. IAVARONE
Clerk
U. S. District Court