IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-12-1H
NO. 4:11-CR-12-2H

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| NABIL NAFIZ MUSTAFA | : |
| EMAD HASAN TAWFIQ WSHAH | : |

## ORDER OF FORFEITURE AS TO SUBSTITUTE ASSET

WHEREAS, on unopposed motion by the Government, the following substitute asset is hereby forfeitable pursuant to 18 U.S.C. Section 981(a)(1)(C) and 982(a)(1), to wit: $11,241.86 representing proceeds of the sale of real property located at 873 Winterfield Drive, Winterville, Pitt County, North Carolina, of which Emad Hasan Tawfiq Wshah had a legal interest.

The above substitute asset is forfeited in partial substitution for the forfeited but unavailable sum of $573,766.80, said substitute asset value being $11,241.86 realized by the Government after the disposition of the substitute property.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. That based upon the Preliminary Orders for Forfeiture as to the defendants, Nabil Nafiz Mustafa and Emad Hasan Tawfiq Wshah, the interest of the defendants in the identified substitute asset, specifically, $11,241.86 in U.S. currency, is herewith forfeited to the United States for disposition in accordance with the law.

2. That any and all forfeited funds shall be deposited by the United States Marshal Service as soon as located or recovered into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e);

In respect to the dollar amount forfeited by the defendants but not in the possession of the Government, the Clerk is DIRECTED to enter an amended Forfeiture Judgment against such defendants for the amount forfeitable by the defendants, specifically, $562,524.94.

SO ORDERED. This 7th day of November 2013.

MALCOLM J. HOWARD
Senior United States District Judge

2