IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-12-1H
NO. 4:11-CR-12-2H

UNITED STATES OF AMERICA :
:
v. : **AMENDED FORFEITURE JUDGMENT**
:
NABIL NAFIZ MUSTAFA :
EMAD HASAN TAWFIQ WSHAH :

Pursuant to the Order of Forfeiture entered by the Court on November 7, 2013, judgment is hereby entered against defendants, NABIL NAFIZ MUSTAFA and EMAD HASAN TAWFIQ WSHAH, in the amount of $562,524.94. Post-judgment interest shall accrue at the rate of 0.14%.

This 20th day of December, 2013.

JULIE A. RICHARDS
Clerk
U. S. District Court