# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                    Crim. No. 4:11-CR-12-1H

NABIL NAFIZ MUSTAFA

On June 14, 2013, the above named was placed on a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton  
Robert L. Thornton  
Supervising U.S. Probation Officer  
310 Dick Street  
Fayetteville, NC 28301-5730  
Phone: 910-354-2535  
Executed On: August 20, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of August 2015.

Malcolm J. Howard  
Senior U.S. District Judge